# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| Omar Castro, individually and on Behalf of all those similarly situated | § § § | |
| Plaintiff, | § § | CA No. 7:17-CV-00223-RAJ |
| v. | § § | |
| Keane Group, LLC, Keane Frac, LP; | § § | Jury Demanded |
| Defendants | § § § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Keane Frac, LP and Keane Group, LLC[1] submit Defendants' Certificate of Interested Persons. The following is a list of persons that are financially or otherwise interested in the outcome of this litigation:

1. Keane Frac, LP
   c/o Carrie B. Hoffman
   Gardere Wynne Sewell
   2021 McKinney Avenue, Suite 1600
   Dallas, Texas 75021
   214-999-4262

2. Keane Group Holdings, LLC
   c/o Carrie B. Hoffman
   Gardere Wynne Sewell
   2021 McKinney Avenue, Suite 1600
   Dallas, Texas 75021
   214-999-4262

---

[1] Keane Group, LLC is not an entity registered to do business in Texas and to Keane Frac, LP's knowledge, Keane Group, LLC does not exist. To the extent a Certificate of Interested Parties is required from Keane Group, LLC, Keane Frac, LP submits this Certificate of Interested Parties on behalf of the Keane Group, LLC.

3. Keane Frac GP LLC
   c/o Carrie B. Hoffman
   Gardere Wynne Sewell
   2021 McKinney Avenue, Suite 1600
   Dallas, Texas 75021
   214-999-4262

4. <u>Keane Group, Inc</u>. is a publicly held corporation that owns 10% or more of the stock of any Defendant.
   c/o Carrie B. Hoffman
   Gardere Wynne Sewell
   2021 McKinney Avenue, Suite 1600
   Dallas, Texas 75021
   214-999-4262

5. Omar Castro
   c/o Chris R. Miltenberger
   The Law Office of Chris R. Miltenberger, PLLC
   1340 N. White Chapel, Suite 100
   Southlake, Texas 76092-4322
   817-416-5060

6. Mario Telles
   c/o Chris R. Miltenberger
   The Law Office of Chris R. Miltenberger, PLLC
   1340 N. White Chapel, Suite 100
   Southlake, Texas 76092-4322
   817-416-5060

7. Porfirio Barrios Jr.
   c/o Chris R. Miltenberger
   The Law Office of Chris R. Miltenberger, PLLC
   1340 N. White Chapel, Suite 100
   Southlake, Texas 76092-4322
   817-416-5060

8. Any additional opt-in plaintiffs.

9. The Law Office of Chris R. Miltenberger, PLLC
   1340 N. White Chapel, Suite 100
   Southlake, Texas 76092-4322
   817-416-5060

DATED: December 22, 2017

Respectfully submitted,

*/s/ Carrie B. Hoffman*
Carrie B. Hoffman
Texas Bar No. 00787701
Sandra L. Jonas
Texas Bar No. 24091631
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  (214) 999-4262
Facsimile:  (214) 999-3262
E-mail: choffman@gardere.com
E-mail: sjonas@gardere.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

Pursuant to ECF rules, this document shall be electronically served to all counsel of record in this matter via the Court's Notice of Electronic Filing automatically generated by the ECF system.

*/s/ Sandra L. Jonas*
Sandra L. Jonas